Form 157

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09–81230

The Steel Network, Inc.
   Debtor(s)

Adversary Proceeding No.: 10–09019

The Steel Network, Inc.
   Plaintiffs(s)

v.

Michael L Torres
   Defendants(s)

TO THE DEBTOR, CREDITORS AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom – Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 6/24/10 at 09:30 AM

to consider and act upon the following:

Motion to Dismiss Adversary Proceeding Third–Party Complaint or, in the Alternative, to Abstain. Filed by Edward DiGirolamo, by and through counsel Richard Hutson.

Dated: 6/4/10                                                OFFICE OF THE CLERK/ smw

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.