UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In re:<br><br>**The Steel Network, Inc.**<br>    **Applied Science International, LLC**<br>    Debtors-in-possession<br><br>**THE STEEL NETWORK, INC**<br>    **PLAINTIFF,**<br><br>v.<br><br>**MICHAEL L. TORRES,**<br>    **DEFENDANT, THIRD-**<br>    **PARTY PLAINTIFF,**<br>    **COUNTERCLAIM**<br>    **PLAINTIFF**<br><br>v.<br><br>**EDWARD DIGIROLAMO,**<br>    **THIRD-PARTY**<br>    **DEFENDANT, and**<br>**THE STEEL NETWORK, INC**<br>    **COUNTERCLAIM**<br>    **DEFENDANT** | Case No. 09-81230<br><br>Chapter 11<br>[Administratively Consolidated]<br><br>Case No. 09-81231<br><br>Adv. Pro. No.: 10-09019 |

**CONSENT MOTION TO CONTINUE HEARING**

Defendant and Third-Party Plaintiff Michael L. Torres ("Mr. Torres") moves this court to continue the hearing of Third-Party Defendant's Motion to Dismiss and Plaintiff's Motion to Dismiss (collectively the "Motions to Dismiss") scheduled for 9:30AM on Thursday, June 24, 2010. In support of this Motion, Mr. Torres shows the Court:

1. On June 17, 2010, Mr. Torres filed a motion for leave to amend his complaint (the "Motion to Amend") in this adversary proceeding.

2. The Court has set the Motion to Amend for hearing on July 8, 2010 at 9:30AM.

3. The Motion to Amend raises issues that this Court needs to decide before the Motion to Dismiss may be decided.

4. Counsel for Mr. Torres has consulted with counsel for the Third-Party Defendant and the Counterclaim Defendant, who consent to this motion for continuance.

5. This continuance is being sought so that justice may be done and not for the purpose of delay.

Therefore, Mr. Torres respectfully asks this Court for an Order continuing the Motions to Dismiss to 9:30AM on Thursday, July 8, 2010.

Dated: June 22, 2010.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR MICHAEL L. TORRES

## CERTIFICATE OF SERVICE

I hereby certify that I have served this **MOTION FOR CONTINUANCE** on the Bankruptcy Administrator and all interested parties by CM/ECF.

Dated: June 22, 2010.

        LAW OFFICE OF JAMES C. WHITE, P.C.

        /s/ James C. White_____
        James C. White
        N.C. Bar # 31859
        P.O. Box 16103
        Chapel Hill, NC 27516
        (919) 313-4636
        (919) 246-9113 fax
        jimwhite@jcwhitelaw.com

        ATTORNEY FOR MICHAEL L. TORRES